| Cause #: | 2014-23106 | Court # | 164TH | Judgment Date: | 12/5/2014 |
|---|---|---|---|---|---|
| Volume: | | Page: | | Image #: | 63405327 |
| Due Date: | 2/3/2015 | Attorney Bar No: | 24082672 | | |

Assigned to    FIRST    Court of Appeals

| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | N/A | |
|---|---|---|
| Request for Transcript Filed? | NONE | |
| Notice of Appeal previously filed? N | | |
| Number of Days: | 60 | |
| File Ordered: | | |
| Notes: | | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 3:19:14 PM
CHRISTOPHER A. PRINE
Clerk

BC     Notice of Appeal filed
BG     Notice of Appeal filed – Government
C      Appealing Final Judgment
D -    Accelerated Appeal
OA      No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

Cause No. 2014-23106

| | | |
|---|---|---|
| SPACE CITY PERCUSSION, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| AARON HERMES, | § | |
| | § | |
| Defendant. | § | 164TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Pursuant to Rule 25.1 and 26.1 of the Texas Rules of Appellate Procedure, Plaintiff Space City Percussion files this notice of appeal and gives notice of its desire to appeal from the order dated December 5, 2014 granting Defendant Aaron Hermes's Plea to the Jurisdiction, in the above-styled and numbered cause. This appeal is taken to either the First or Fourteenth Courts of Appeals, at Houston.

Respectfully submitted,

BAKER BOTTS L.L.P.

By:/s/ *Jillian Beck*
     Michael Cancienne
     State Bar No. 24055256
     Jillian Beck
     State Bar No. 24082672
     One Shell Plaza
     910 Louisiana
     Houston, Texas 77002
     Telephone: 713.229.6200
     Facsimile: 713.229.6100
     michael.cancienne@bakerbotts.com
     jillian.beck@bakerbotts.com

ATTORNEYS FOR SPACE CITY PERCUSSION

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing was served on Ashish Mahendru, counsel for Defendant Aaron Hermes, via email on the 5th day of January, 2015.

_/s/ Jillian Beck_
Jillian Beck

```
JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      JAN 06, 2015(C1)
INT6510                     CIVIL CASE INTAKE               OPT: _____ - INT
                        GENERAL PARTY INQUIRY               PAGE:   1 -    1

CASE NUM: 201423106__ PJN> __  TRANS NUM: _____  CURRENT COURT: 164 PUB? _
CASE TYPE: CONVERSION                     CASE STATUS: DISPOSED (FINAL)
STYLE: SPACE CITY PERCUSSION          VS HERMES, AARON
==============================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME             PTY    ASSOC. ATTY
  NUM   NUMBER                                         STAT
_    00002-0001 DEF         HERMES, AARON                     PRO-SE
_    00001-0001 PLT 24055256 SPACE CITY PERCUSSION            CANCIENNE, MI




==> (2) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP


JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      JAN 06, 2015(C1)
INT6510                     CIVIL CASE INTAKE               OPT: _____ - INT
                        GENERAL PARTY INQUIRY               PAGE:   1 -    1

CASE NUM: 201423106__ PJN> __  TRANS NUM: _____  CURRENT COURT: 164 PUB? _
CASE TYPE: CONVERSION                     CASE STATUS: DISPOSED (FINAL)
STYLE: SPACE CITY PERCUSSION          VS HERMES, AARON
==============================================================================
                    **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME             PTY    ASSOC. ATTY
  NUM   NUMBER                                         STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```